| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Ramos, Nelva G. | 2. Court or Organization<br><br>U.S. District Court, Texas | 3. Date of Report<br><br>10/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>1133 North Shoreline Blvd.<br>Corpus Christi, TX 78401 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | State of Texas Judicial Retirement Plan. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Onyx Engineering - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Kleberg National Bank | Note on Jim Hogg County property | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank - Accounts, CD | A | Interest | J | T | | | | | |
| 2. First National Bank - Accounts | A | Interest | J | T | | | | | |
| 3. Edward Jones Money Market | A | Dividend | K | T | | | | | |
| 4. Franklin Fed Tax-Free Income A | B | Dividend | K | T | | | | | |
| 5. FT Bld Amer Bds 10-20 Yr #11 | B | Interest | K | T | | | | | |
| 6. Texas Municipal Retirement System | A | Interest | J | T | | | | | |
| 7. Texas County & District Retirement System | | None | J | T | | | | | |
| 8. New York Life Insurance Company - Whole Life | | None | K | T | | | | | |
| 9. FIA Card Services NA RASP (Y) | | | | | | | | | |
| 10. Agrium Inc | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 11. Altria Group Inc | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 12. Apple Inc | | None | | | Sold | 10/03/13 | J | B | |
| 13. Chesapeake Energy OKLA | A | Dividend | | | Sold | 04/03/13 | J | A | |
| 14. Citigroup Inc Com New | A | Dividend | | | Sold | 09/27/13 | J | A | |
| 15. Doubleline Tot Rtrn BD I Bond Fund CL I | A | Dividend | | | Sold | 06/21/13 | J | A | |
| 16. Doubleline Total Return Bond Fund CL I | A | Dividend | | | Sold | 06/21/13 | J | A | |
| 17. Eli Lilly & Co | A | Dividend | | | Sold | 08/02/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Facebook Inc Class A Common Stock | | None | | | Sold | 03/21/13 | J | A | |
| 19. Ford Motor Co | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 20. Home Depot Inc | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 21. Intel Corp | A | Dividend | | | Sold | 07/19/13 | J | A | |
| 22. IShares IBOXX S | A | Dividend | | | Sold | 05/02/13 | J | A | |
| 23. IShares JP Morgan Em Bon | A | Dividend | | | Sold | 04/13/13 | J | A | |
| 24. Kraft Foods Inc Va Cl A | A | Dividend | | | Sold | 08/02/13 | J | A | |
| 25. Nike Inc Cl B | A | Dividend | | | Sold | 08/02/13 | J | A | |
| 26. Powershares Global Exchange Traded Fd Tr | A | Dividend | | | Sold | 04/03/13 | J | A | |
| 27. Qualcomm Inc | | None | | | Sold | 07/06/13 | J | A | |
| 28. Spdr Gold Trust | | None | | | Sold | 01/30/13 | J | A | |
| 29. Valero Energy Corp New | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 30. Walmart Stores Inc | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 31. Johnson Ctls Inc Com | A | Dividend | | | Sold | 09/27/13 | J | A | |
| 32. Schlumberger Limited Common | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 33. Johnson & Johnson Solicited | A | Dividend | | | Sold | 10/04/13 | J | B | |
| 34. Templeton Growth Fund CL A--see note Part 8 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Moder 9-12 years 529 A | A | Dividend | K | T | | | | | |
| 36. Franklin Balanced Fund CL A** see note Part 8 | A | Dividend | K | T | | | | | |
| 37. Franklin Equity Income Fund CL A | A | Dividend | J | T | | | | | |
| 38. Franklin Flex Cap Growth Fund CL A | A | Dividend | J | T | | | | | |
| 39. Franklin Growth Fund CL A | A | Dividend | K | T | | | | | |
| 40. Franklin Growth Fund CL A | A | Dividend | J | T | | | | | |
| 41. Franklin Mutual Shares Fund CL A**see note Part 8 | A | Dividend | J | T | | | | | |
| 42. Franklin Rising Dividends Fund CL A | A | Dividend | J | T | | | | | |
| 43. Franklin Total Return Fund CL A**see note Part 8 | A | Dividend | J | T | | | | | |
| 44. Franklin U S Government Securities Fund CL A**see note Part 8 | A | Dividend | J | T | | | | | |
| 45. Templeton Global Bond Fund CL A**see note Part 8 | A | Dividend | J | T | | | | | |
| 46. Templeton Foreign Fund CL A | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 47. Templeton Global Smaller Companies Fund CL A | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 48. Templeton World Fund CL A | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 49. Healthcare Select Spdr (ETF) | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 50. Ishare Nasdaq Biotech (ETF) | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 51. Sector Spdr Financial ETF (XLF) | A | Dividend | J | T | Buy | 10/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Consumer Staples (VDC) | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 53. Vanguard Energy ETF (VDE) | A | Dividend | K | T | Buy | 10/08/13 | K | | |
| 54. Vanguard Industrial ETF (VIS) | A | Dividend | K | T | Buy | 10/08/13 | K | | |
| 55. Vanguard Information Tech ETF (VGT) | A | Dividend | K | T | Buy | 10/08/13 | K | | |
| 56. Vanguard Materials ETF (VAW) | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 57. Vanguard Telecomm. Srvcs ETF (VOX) | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 58. AT & T**see note Part 8 | A | Dividend | | | Sold | 11/06/12 | J | A | |
| 59. Caterpillar Inc Com **see note Part 8 | A | Dividend | | | Sold | 10/04/13 | J | A | |
| 60. Mutual Global Discovery Fund CL A **see note Part 8 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Line 34--Templeton Growth Fund CL A -- two prior entries purchased on different dates have now been combined (2012 amended report: line entries 78 and 94)

Part VII: Line 36--Franklin Balanced Fund CL A -- two prior entries purchased on different dates have now been combined (2012 amended report: line entries 79 and 84)

Part VII: Line 41--Franklin Mutual Shares Fund CL A -- two prior entries purchased on different dates have now been combined (2012 amended report: line entries 77 and 88)

Part VII: Line 43--Franklin Total Return Fund CL A -- two prior entries purchased on different dates have now been combined (2012 amended report: line entries 82 and 90)

Part VII: Line 44--Franklin U S Government Securities Fund CL A --two prior entries purchased on different dates have now been combined (2012 amended report: line entries 80 and 91)

Part VII: Line 45--Templeton Global Bond Fund CL A -- two prior entries purchased on different dates have now been combined (2012 amended report: line entries 81 and 93)


Amended Report:

Part VII: Line 58--AT &T -- was reported in 2012 Amended report (line entry 28) as "Sold in Part" and should have been "SOLD"

Part VII: Line 59--Caterpillar Inc Com -- was reported in 2012 Amended report (line entry 75) --- "Sold" in 2013 and wasn't included in 2013 report

Part VII: Line 60 -- Mutual Global Discovery Fund CL A -- was reported in 2012 Amended report (line entry 92) -- still maintain account; wasn't included in 2013 report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nelva G. Ramos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544